**STATE v. SNEED**

[358 N.C. 538 (2004)]

No. 601PA03                                                    FIFTH DISTRICT

SUPREME COURT OF NORTH CAROLINA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

STATE OF NORTH CAROLINA

v.                                    From New Hanover County

COREY TYRONE SNEED

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon defendant's motion to modify, the Court enters the following order:

The opinion, filed 25 June 2004, is withdrawn *ex mero motu*, and the opinion, as modified, is refiled simultaneously with the filing of this order. Defendant's conditional motion for temporary stay of the mandate is dismissed as moot.

By order of the Court in Conference, this 1st day of July, 2004.

Brady, J.
For the Court